IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MEREDITH R. BROWN, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION, *et al.*,<br><br>        Defendants. | Case No.: 15-cv-01181-JD<br><br>**JOINT STIPULATION OF DISMISSAL<br>AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


DATED: September 30, 2016        Respectfully submitted,


                                               */s/ Stacy Tolchin*
                                           STACY TOLCHIN (CA SBN 217431)
                                           Law Offices of Stacy Tolchin
                                           634 S. Spring St., Suite 500A
                                           Los Angeles, CA 90014
                                           Telephone: (213) 622-7450
                                           Facsimile:  (213) 622-7233
                                           stacy@tolchinimmigration.com

MATT ADAMS, WSBA No. 28287*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-811
matt@nwirp.org

TRINA REALMUTO (CA SBN 201088)
National Immigration Project
Of the National Lawyers Guild
14 Beacon St., Suite 602
Boston, MA 02108
Telephone: (617) 227-9727 ext. 8
trina@nipnlg.org

MARY KENNEY (WV Bar 2011)*
MELISSA CROW (DC Bar 453487)*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7522
Facsimile: (202) 742-5617
mkenney@immcouncil.org

*Counsel for Plaintiffs*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch


   */s/ Emily B. Nestler*
EMILY B. NESTLER D.C. Bar #973886
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-8489
Facsimile: (202) 616-8470
emily.b.nestler@usdoj.gov

*Counsel for Defendants*

## [PROPOSED] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice.

Date:   Qevqdgt"5."4238

_____
JAMES DONATO
United States District Judge